HEARNE ET AL. *v.* SMYLIE, GOVERNOR
OF IDAHO, ET AL.

No. 1075. Decided June 22, 1964.

*Herman J. McDevitt* for appellants.

*Allan G. Shepard,* Attorney General of Idaho, and
*M. Allyn Dingel, Jr.,* Assistant Attorney General, for
appellees.

PER CURIAM.

The judgment below is reversed. *Baker* v. *Carr,* 369
U. S. 186; *Reynolds* v. *Sims,* 377 U. S. 533. The case is
remanded for further proceedings consistent with the
views stated in our opinions in *Reynolds* v. *Sims* and in
the other cases relating to state legislative apportionment
decided along with *Reynolds.*

MR. JUSTICE CLARK would reverse on the basis of his
dissenting opinion in *Lucas* v. *Forty-Fourth General
Assembly of Colorado,* 377 U. S. 713, 741.

MR. JUSTICE STEWART would remand for further pro-
ceedings consistent with the views stated in his dissent-
ing opinion in *Lucas* v. *Forty-Fourth General Assembly
of Colorado,* 377 U. S. 713, 744.

MR. JUSTICE HARLAN dissents for the reasons stated in
his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533,
589.